UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN GBUR,** : | |
| : | |
| Plaintiff : | CIVIL ACTION NO. 1:21-cv-863 |
| : | |
| v. : | (JUDGE MANNION) |
| : | |
| **KILOLO KIJAKAZI, ACTING** : | |
| **COMMISSIONER OF SOCIAL** : | |
| **SECURITY** | |
| : | |
| Defendant | |
| : | |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** Plaintiff's appeal, **(Doc. 1)**, of the decision of the Commissioner denying his claim for disability benefits is **DENIED**.

**(2)** The decision of the Commissioner denying Plaintiff's claims for disability benefits is **AFFIRMED.**

**(3)** The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

DATE: December 6, 2023
21-863-01-order